UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHON D. HUDGINS,

        Plaintiff,                      Case No.  1:03cv783

v.                                   Hon. Gordon J. Quist

KURT JONES,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on April 25, 2005.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 25, 2005, is **APPROVED AND ADOPTED** as the opinion of the court.

      **IT IS FURTHER ORDERED** that the habeas petition is **DENIED**.


                                               /s/Gordon J. Quist
                                          Hon. Gordon J. Quist
                                          U.S. District Judge

Dated:  July 5, 2005